UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARVIN JOHNSON,

        CASE NO.:3:14-CV-579-J-39PDB

    Plaintiff,

v.

KEITH A. DIXON, et al.,

    Defendant.
_____/

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

| | |
|---|---|
| Marvin Johnson | Amount of Judgment: $1,500.00 |
| c/o Neil Henrichsen | Other Costs: $0.00 |
| 1648 Osceola St. | Date of Entry of Judgment: 12/31/2015 |
| Jacksonville, FL 32204 | |

vs.

Michael Brown-Massaline
4301 Confederate Point Rd.
Jacksonville, Florida 32210

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF FLORIDA:

    You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

 TO THE JUDGMENT DEBTOR:

    You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

_____          _____
Date          Clerk of the District Court