UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARVIN JOHNSON,

                              CASE NO.:3:14-CV-579-J-39PDB

           Plaintiff,

v.

KEVIN DIXON, et al.,

           Defendants.

_____/

## MOTION FOR ISSUANCE OF WRITS OF EXECUTION

Plaintiff MARVIN JOHNSON moves the Court to issue the Writs of Execution attached hereto as Exhibit A against Defendants KEVIN DIXON, DAVID A. STEVENS and MICHAEL BROWN-MASSALINE and as grounds therefore alleges that Plaintiff obtained a judgment against Defendants KEVIN DIXON, DAVID A. STEVENS and MICHAEL BROWN-MASSALINE after Jury trial. On December 31, 2015, the Court entered its Judgment against the Defendants, stating that execution shall issue against each. *See* Judgment in Civil Case, Doc. 114 (attached hereto as Exhibit B). Plaintiff has prepared the attached Writs of Execution to effectuate this Court's order to execute against the property of Defendants KEVIN DIXON, DAVID A. STEVENS and MICHAEL BROWN-MASSALINE. Consequently, Plaintiff MARVIN JOHNSON moves this Court for further order requiring the issuance the attached Writs of Execution by the Clerk of the United States District Court, Middle District of Florida, pursuant to Fed. R.Civ. P. 69 and Chapter 56 of the Florida Statutes.

Date: March 2, 2016                                    Respectfully submitted,


                                                       */s/ Neil L. Henrichsen*
                                                       Neil L. Henrichsen
                                                       Fla. Bar No. 0111503
                                                       HENRICHSEN SIEGEL, P.L.L.C.
                                                       1648 Osceola Street
                                                       Jacksonville, Florida 32204
                                                       Tel: (904) 381-8183
                                                       Fax: (904) 212-2800
                                                       nhenrichsen@hslawyers.com

                                                       *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                       By:  *s/ Neil L. Henrichsen*
                                            Neil L. Henrichsen